IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MATT RIGGS                                                                            PLAINTIFF

v.                                   No: 1:19-cv-00005 JM-PSH

JOHNSON, *et al.*                                                   DEFENDANTS

## **JUDGMENT**

Pursuant to the Order filed this date, Judgment is entered dismissing this case without prejudice.

DATED this 13th day of February, 2019.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE